```
           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF GEORGIA
                 ATLANTA DIVISION
```

UNITED STATES OF AMERICA

    v.

GREGORY ARZELL PERRY,

    Defendant.

CRIMINAL ACTION
NO. 1:08-CR-335-CAP-AJB

**O R D E R**

After carefully considering the entire record and the magistrate judge's report and recommendation ("R&R") [Doc. No. 45] with no objections thereto, the court receives the R&R with approval and adopts it as the opinion and order of this court.

SO ORDERED, this  6th  day of August, 2010.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge